UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa,<br><br>　　Plaintiff,<br><br>v.<br><br>E. T. Tacos, Inc. dba Taco Bell #001136, et al.,<br><br>　　Defendants._____/ | Case No. CV13-01680-DMG-OPx<br><br>**Order re: Dismissal of Action** [25] |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants E. T. Tacos, Inc. dba Taco Bell #001136; Kolbjorn Dahl, Trustee of the Kolbjorn and Dlorah Dahl Family Trust Dated December 11, 1997; and Dlorah Ann Dahl, Trustee of the Kolbjorn and Dlorah Dahl Family Trust Dated December 11, 1997,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

DATED: June 24, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order re: Joint Stipulation for Dismissal　　　　- 1 -